IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| LEMIT LISTER | § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. 6:10-CV-375 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |
| | § | |

## FINAL JUDGMENT

The Court having considered Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that this case is **REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g)**.**

**So ORDERED and SIGNED this 5th day of March, 2012.**



    **LEONARD DAVIS**
    **UNITED STATES DISTRICT JUDGE**